DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-07-00181-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

THOMAS
DEAN ATWELL AND

FAYE
ATWELL,       §          APPEAL FROM THE 

APPELLANTS

 

V.        §          COUNTY
COURT AT LAW NO. 3

 

AUDIE
KIMBALL WILSON AND 

SPECIALTY
TRANSPORTATION            §          SMITH COUNTY, TEXAS

SERVICES,
INC.,

APPELLEES

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellants Thomas Dean Atwell and Faye Atwell have filed
a motion to dismiss this appeal.  In
their motion, the Atwells state that the parties have reached a settlement and
they therefore desire to dismiss their appeal with prejudice.  A copy of the motion has been sent to all
counsel of record.  Because the Atwells
have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the
motion is granted, and the appeal is dismissed with prejudice.

Opinion
delivered July 11, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

                                                

(PUBLISH)